**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In Re:                                                                            Chapter 11

**METRO ENTERPRISES, LLC,**                               Case No.: 13-44213

                                    Debtor.
-----------------------------------------------------------X

# DECLARATION OF REUVEN KOMARAVSKY PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Reuven Komaravsky hereby declares as follows:

1. I am the sole member Metro Enterprises, LLC (the "Debtor"), and am fully familiar with the facts set forth herein.

2. I submit this declaration pursuant to Rule 1007-4 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules").

**Local Rule 1007-4(a)(i)**

3. The Debtor is not a small business debtor.

**Local Rule 1007-4(a)(ii)**

4. The Debtor owns the real property known as and located at 490-496 Lefferts Avenue, Brooklyn, New York, and is engaged in the business of developing this real property.

**Local Rule 1007-4(a)(iii)**

5. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code").

1

**Local Rule 1007-4(a)(iv)**

6. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-4(a)(v)**

7. A list of the names and addresses of the Debtor's respective 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting under 11 U.S.C. Section 702; those who were employees of the Debtor at the Filing Date, and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed to the Petition and Schedules.

**Local Rule 1007-4(a)(vi)**

8. A list of the names and addresses of the five largest secured creditors is annexed to the Petition and Schedules.

**Local Rule 1007-4(a)(vii)**

9. A summary of the Debtor's assets and liabilities is set forth on the Debtor's petition.

**Local Rule 1007-4(a)(viii)**

10. There are no publicly held securities of the Debtor. A List of Equity Security Holders is is annexed to the Petition and Schedules.

**Local Rule 1007-4(a)(ix)**

11. None of the Debtor's property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-4(a)(x)**

12. The Property is located at 490-496 Lefferts Avenue, Brooklyn, New York.

**Local Rule 1007-4(a)(xi)**

13. The Debtor's books and records are located at 645 Lefferts Ave. Suite 2J, Brooklyn, New York 11203.

14. The Debtor does not own any assets outside the territorial limits of the United States.

**Local Rule 1007-4(a)(xii)**

15. The following actions or proceedings are pending against the Debtor: <u>Columbia Capital Corp. v Metro Enterprises, LLC</u>, Supreme Court, Kings County, Index No. 8355/2011.

**Local Rule 1007-4(a)(xiii)**

16. The Debtor's management consists solely of Reuven Komaravsky.

**Local Rule 1007-4(a)(xiv)**

17. The estimated payroll to employees (exclusive of officers and directors) for the thirty (30) day period following the filing of the chapter 11 petition is $00.00.

**Local Rule 1007-4(a)(xv)**

18. The estimated amount to be paid for services to its officers and directors as a management fee for the thirty (30) day period following the filing of the Chapter 11 petition is $00.00.

**Local Rule 1007-4(a)(xvi)**

19. The Debtor does not expect to have any cash receipts or disbursements for the thirty (30) day period following the filing of the Chapter 11 petition.

I hereby declare, pursuant to section 1746 of title 28 of the United States Code that the foregoing is true to the best of my knowledge, information and belief.

Dated: Brooklyn, New York
     July 10, 2013

                                          /S/  Reuven Komarovsky
                                         REUVEN KOMAROVSKY